June 01, 2007

Mr. Frank Waite
City Attorney's Office
City of Arlington
P.O. Box 90231
Arlington, TX 76004-3231
Mr. Donald D. Feare
Law Offices of Donald D. Feare
721 W. Division Street
Arlington, TX 76012

RE: Case Number: 06-0251
 Court of Appeals Number: 02-04-00317-CV
 Trial Court Number: 342-206387-04

Style: CITY OF ARLINGTON
 v.
 CHARLES H. MATTHEWS

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |